Slip-Op. 02-92

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: THE HONORABLE GREGORY W. CARMAN, CHIEF JUDGE

|  |  |  |
|---|---|---|
| FORMER EMPLOYEES OF<br>LEVI STRAUSS,<br><br>         Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Court No. 00-11-00522 |

## JUDGMENT ORDER

Upon consideration of the failure to prosecute this action with due diligence by Plaintiffs, appearing *pro se*, despite being provided notice by this Court of Plaintiffs' need to timely file a USCIT R. 56.1 Motion for Judgment on the Agency Record, it is hereby,

**ORDERED** that this case is dismissed pursuant to USCIT R. 41(b)(3).

 

_____
Gregory W. Carman,
Chief Judge

Dated: August 21, 2002
      New York, New York